IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                        PLAINTIFF

                      v.                      Civil No. 06-3072

BOONE COUNTY QUORUM COURT;
DANNY HICKMAN, Sheriff; Boone
County; JASON DAY, Boone County;
JOHN EDWARDS, Jailer, Boone County, Jail                        DEFENDANT

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

On October 18, 2006, Daniel Ray Brown, an inmate of the Boone County Jail, submitted for filing in the Eastern District of Arkansas a pro se civil rights action under 42 U.S.C. § 1983. The complaint was provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The case was then transferred to this district.

On November 13, 2006, the file was received in this district. On November 22, 2006, the plaintiff filed a motion to dismiss the action (Doc. 6). In the motion, plaintiff states he has no desire to proceed with the case. I therefore recommend that the motion to dismiss be granted.

**Brown has ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Brown is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 5th day of December 2006.

                                                 /s/ Beverly Stites Jones
                                                 UNITED STATES MAGISTRATE JUDGE

AO72A (Rev. 8/82)