**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**DANIEL RAY BROWN**                                                                **PLAINTIFF**

**v.**                              **Civil No. 06-3072**

**BOONE COUNTY QUORUM COURT;**
**DANNY HICKMAN, Sheriff; Boone**
**County; JASON DAY, Boone County;**
**JOHN EDWARDS, Jailer, Boone County**
**Jail**                                                                                **DEFENDANTS**

**O R D E R**

Now on this 9th day of January, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #7, filed December 5, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, and for the reason that plaintiff filed a Motion to Dismiss this action on November 22, 2006, **plaintiff's Complaint is hereby dismissed and this case is closed.**

**IT IS SO ORDERED.**

                                                           **/s/Jimm Larry Hendren**
                                                           **HON. JIMM LARRY HENDREN**
                                                           **UNITED STATES DISTRICT JUDGE**